UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRANK BELLUE,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

Case No. C18-855-RSL

**ORDER OF DISMISSAL**

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation.

(2)     This case is **dismissed with prejudice**.

(3)     The Clerk is directed to send copies of this Order to Plaintiff.

DATED this 30th day of July, 2019.

_____
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL - 1