# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

FRANK BELLUE,

    Plaintiff-Appellant,

vs.

GARY KRESGE, *et al.*,

    Defendants-Appellees.

No. C18-0855RSL

ORDER REGARDING GOOD FAITH OF APPEAL

This matter comes before the Court for a determination under 28 U.S.C. § 1915(a) which provides: "An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." An appeal that is frivolous or otherwise without merit is not taken in good faith.

The Court is of the opinion that plaintiff's appeal has been filed in good faith, and it is so certified.

Dated this 21st day of August, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

CERTIFICATE OF GOOD FAITH